No. 74–996. UNITED STATES *v.* DATA PRODUCTS CORP. C. A. 9th Cir. Certiorari granted, judgment vacated, and case

remanded for further consideration in light of *United States* v. *Foster Lumber Co., ante,* p. 32.